NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALEXSAM, INC.,**
*Plaintiff-Appellant*

**v.**

**WILDCARD SYSTEMS, INC., EFUNDS CORPORATION, FIDELITY NATIONAL INFORMATION SERVICES, INC.,**
*Defendants-Appellees*

---

2017-1682

---

Appeal from the United States District Court for the Southern District of Florida in No. 0:15-cv-61736-BB, Judge Beth Bloom.

---

**JUDGMENT**

---

W. LEE GRESHAM, III, Heninger Garrison Davis, LLC, Birmingham, AL, argued for plaintiff-appellant. Also represented by JACQUELINE KNAPP BURT, Atlanta, GA; STEVEN WHITEFIELD RITCHESON, Insight, Chatsworth, CA.

JAMES R. BARNEY, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC argued for defendants-appellees. Also represented by ROBERT B.

CASSADY; JEFFREY A. BERKOWITZ, Reston, VA; ROBERT ERIC BILIK, DANIEL M. MAHFOOD, McGuireWoods LLP, Jacksonville, FL; DEBORAH SEGERS, Fidelity National Information Systems, Inc., Jacksonville, FL.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, BRYSON, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 9, 2018      /s/ Peter R. Marksteiner
Date          Peter R. Marksteiner
           Clerk of Court